IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TARIQ SULTAN BROWN : | |
| : | CIVIL ACTION |
| v.      : | |
| : | NO. 21-2871 |
| LONNIE OLIVER, et. al.    : | |

## **ORDER**

AND NOW, this 21st day of October, 2022, upon consideration of Tariq Sultan Brown's Amended Petition for Writ of Habeas Corpus (Document No. 3), and following careful review of the Report and Recommendation of U.S. Magistrate Judge Elizabeth T. Hey, it is hereby ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED.[1]

2. The Petition for Writ of Habeas Corpus is DENIED as untimely.

3. No Certificate of Appealability shall issue as Petitioner has not shown denial of a federal constitutional right.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Court notes Brown has filed no Objections to the Report & Recommendation, and the Court finds Judge Hey's analysis, as set forth therein, to be sound.